THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Ted Edward
 Abney, Appellant.
 
 
 

Appeal From Newberry County
 Paul M. Burch, Circuit Court Judge
Unpublished Opinion No. 2008-UP-184
Submitted March 3, 2008  Filed March 17,
 2008
APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Dudek, South Carolina Commission on
 Indigent Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Jerry W. Peace, of Greenwood, for Respondent.
 
 
 

PER CURIAM:  Ted
 Edward Abney (Appellant) was convicted of armed robbery and was sentenced to
 twenty-six years in prison.  On appeal, counsel for Appellant has filed a final
 brief along with a petition to be relieved as counsel.  Appellant has not filed
 a pro se response.  After a thorough review of the record
 pursuant to Anders v. California, 386 U.S. 738 (1967) and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsels petition to be relieved.          
APPEAL DISMISSED.[1]
HUFF, KITTREDGE, and WILLIAMS, JJ., concur. 

[1]  This case is decided without oral argument pursuant
 to Rule 215, SCACR.